```
CYNTHIA ROVERE JONES        DILLARDS                    KLARNA
104 SAWMILL CV              PO BOX 6497                 PO BOX 8116
MADISON, MS 39110           SIOUX FALLS, SD 57117       COLUMBUS, OH 43201


THOMAS C. ROLLINS, JR.      FIRST NATAIONAL BANK        MERCURY/FBT
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O. BOX 13767              PO BOX 5097                 PO BOX 84064
JACKSON, MS 39236           SIOUX FALLS, SD 57117       COLUMBUS, GA 31908


ASPIRE CREDIT CARD          FIRST SAVINGS BANK          MOHELA
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 105555               PO BOX 5019                 633 SPIRIT DR
ATLANTA, GA 30348           SIOUX FALLS, SD 57117       CHESTERFIELD, MO 63005


AVANT/WEBBANK               FST PREMIER                 PROSPER FUNDING LLC
222 NORTH LASALLE ST        ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
SUITE 1600                  601 S MINNESOTA AVE         221 MAIN ST STE 300
CHICAGO, IL 60601           SIOUX FALLS, SD 57104       SAN FRANCISCO, CA 94105


CAPITAL ONE                 GENESIS FS CARD             PROSPER FUNDING LLC
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            221 MAIN ST STE 300
PO BOX 30285                PO BOX 4477                 SAN FRANCISCO, CA 94105
SALT LAKE CITY, UT 84130    BEAVERTON, OR 97076


CHRISTOPHER NORWOOD         GOLDMAN SACHS BANK          PROSPER FUNDING, LLC
524 DEXTER DR. APT H        ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
FLOWOOD, MS 39232           PO BOX 70379                221 MAIN ST STE 300
                           PHILADELPHIA, PA 19176       SAN FRANCISCO, CA 94105


COVINGTON CREDIT            HEIGHTS FINANCE             SUNBIT, INC
ATTN: BANKRUPTCY            670 HWY 51 N                ATTN: BANKRUPTCY
P.O.BOX 1947                RIDGELAND, MS 39157         10940 WILSHIRE BLVD
GREENVILLE, SC 29602                                    LOS ANGELES, CA 90024


CREDIT ONE BANK             IMAGINE CREDIT              SYNCHRONY BANK
6801 CIMARRON RD            PO BOX 105824               ATTN: BANKRUPTCY
LAS VEGAS, NV 89113         ATLANTA, GA 30348           PO BOX 965060
                                                        ORLANDO, FL 32896


CWS/CW NEXUS                KEESLER FCU                 SYNCHRONY BANK
ATTN: BANKRUPTCY            P.O.BOX 7001                ATTN: BANKRUPTCY
PO BOX 9201                 BILOXI, MS 39531            P.O. BOX 965065
OLD BETHPAGE, NY 11804                                  ORLANDO, FL 32896
```

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TBOM
906 N. KINGSHIGHWAY
PERRYVILLE, MO 63775


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

UROGYN CENTER
160 FOUNTAINS BLVD
MADISON, MS 39110


WELLS FARGO
ATTN: BANKRUPTCY
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

WYNDHAM VACATION
ATTN: BANKRUPTCY DEPT
6277 SEA HARBOR DRIVE
ORLANDO, FL 32821