United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-01497-JAW

Cynthia Rovere Jones                                                                Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jun 01, 2026 | Form ID: 309I | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Rovere Jones, 104 Sawmill Cv, Madison, MS 39110-7039 |
| 5679058 | + | Christopher Norwood, 524 Dexter Dr. Apt H, Flowood, MS 39232-9389 |
| 5679083 | + | Urogyn Center, 160 Fountains Blvd, Madison, MS 39110-6366 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jun 01 2026 20:23:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | Email/Text: hjb@hbarkley13.com | Jun 01 2026 20:23:00 | Harold J. Barkley, Jr., P.O. Box 4476, Jackson, MS 39296-4476 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jun 01 2026 20:23:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5679055 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 01 2026 20:23:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5679056 | + | Email/Text: bk@avant.com | Jun 01 2026 20:23:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5679057 | + | EDI: CAPITALONE.COM | Jun 02 2026 00:18:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5679059 | + | Email/Text: bankruptcy@curo.com | Jun 01 2026 20:23:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5679060 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2026 20:24:24 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5679061 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2026 20:24:13 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5679062 | + | EDI: CITICORP | Jun 02 2026 00:18:00 | Dillards, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5679064 | | Email/Text: BNSFS@capitalsvcs.com | Jun 01 2026 20:23:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 5679063 | + | Email/Text: BNSFN@capitalsvcs.com | Jun 01 2026 20:23:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5679065 | + | EDI: AMINFOFP.COM | Jun 02 2026 00:21:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5679066 | + | EDI: PHINGENESIS | Jun 02 2026 00:21:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5679067 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 01 2026 20:23:00 | Goldman Sachs Bank, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

District/off: 0538-3  User: mssbad  Page 2 of 3

Date Rcvd: Jun 01, 2026  Form ID: 309I  Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| 5679068 | + Email/Text: bankruptcy@curo.com | | Jun 01 2026 20:23:00 | Heights Finance, 670 Hwy 51 N, Ridgeland, MS 39157-2138 |
| 5679069 | + Email/Text: bankruptcy@webbank.com | | Jun 01 2026 20:23:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5679071 | Email/Text: customerservice.us@klarna.com | | Jun 01 2026 20:23:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5679070 | + Email/Text: melissa.martin@kfcu.org | | Jun 01 2026 20:23:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5679073 | Email/Text: EBN@Mohela.com | | Jun 01 2026 20:23:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5679072 | + Email/Text: Mercury@ebn.phinsolutions.com | | Jun 01 2026 20:23:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5679075 | Email/Text: ProsperBK@prosper.com | | Jun 01 2026 20:23:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105 |
| 5679074 | Email/Text: ProsperBK@prosper.com | | Jun 01 2026 20:23:00 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105 |
| 5679077 | Email/Text: bankruptcy@sunbit.com | | Jun 01 2026 20:23:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5679080 | + EDI: SYNC | | Jun 02 2026 00:18:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5679078 | + EDI: SYNC | | Jun 02 2026 00:18:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5679079 | + EDI: SYNC | | Jun 02 2026 00:18:00 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5679082 | Email/Text: bankruptcy@towerloan.com | | Jun 02 2026 11:08:10 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5679081 | + Email/Text: nlorenz@bankofmissouri.com | | Jun 01 2026 20:23:00 | Tbom, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5679084 | + EDI: WFFC2 | | Jun 02 2026 00:18:00 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 5679085 | + Email/Text: bankruptcydept@wyn.com | | Jun 01 2026 20:23:00 | Wyndham Vacation, Attn: Bankruptcy Dept, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5679076 | *P++ | PROSPER MARKETPLACE INC, 221 MAIN STREET STE 300, SAN FRANCISCO CA 94105-1909, address filed with court:, Prosper Funding, Llc, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0538-3                              User: mssbad                              Page 3 of 3
Date Rcvd: Jun 01, 2026                          Form ID: 309I                             Total Noticed: 34

Date: Jun 03, 2026                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Harold J. Barkley, Jr.
                                HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
                                on behalf of Debtor Cynthia Rovere Jones trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                                nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 3

# Notice of Chapter 13 Bankruptcy Case
### United States Bankruptcy Court Southern District of Mississippi

| Information to identify the case: | |
|---|---|
| Debtor 1 | **Cynthia Rovere Jones** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |

Social Security number or ITIN   **xxx–xx–6915**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **26–01497–JAW**

Date case filed for chapter  **13    5/29/26**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cynthia Rovere Jones | |
| 2. | **All other names used in the last 8 years** | fka Cynthia Jones Gilkey, fka Cynthia Gilkey | |
| 3. | **Address** | 104 Sawmill Cv<br>Madison, MS 39110 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296–4476 | Contact phone 601–362–6161<br>Email HJB@HBarkley13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br>**Contact phone 601–608–4600**<br><br>**Date: 6/1/26** |

**For more information, see page 2**

Debtor **Cynthia Rovere Jones**                                                                 Case number **26–01497–JAW**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 7, 2026** at **09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Harold J. Barkley Jr.**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter**<br>**Meeting ID 374 151 7424 and**<br>**Passcode 4972880130 , OR call**<br>**662–350–8812.**<br><br>**For additional meeting information go to**<br>**www.justice.gov/ust/moc** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/8/26** |
| | **Deadline for all creditors to file a proof of claim:**<br>(except governmental units) | **Filing deadline: 8/7/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/25/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9.   Filing of plan** | Miss. Bankr. L.R. 3015–1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before **July 21, 2026**. Objections will be heard on **August 3, 2026** at **10:00 AM** in the Thad Cochran U.S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, MS 39201, unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |