United States Bankruptcy Court
Southern District of Mississippi

In re: Cynthia Rovere Jones, Debtor

Case No. 26-01497-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 23, 2026 | Form ID: n032 | Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Rovere Jones, 104 Sawmill Cv, Madison, MS 39110-7039 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5679058 | + | Christopher Norwood, 524 Dexter Dr. Apt H, Flowood, MS 39232-9389 |
| 5681579 | + | Robert Alan Byrd, Esq., Byrd & Wiser Attorneys at Law, for Keesler Federal Credit Union, 145 Main Street, Biloxi, MS 39530-4333 |
| 5679083 | + | Urogyn Center, 160 Fountains Blvd, Madison, MS 39110-6366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5679055 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 23 2026 20:08:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5679056 | + | Email/Text: bk@avant.com | Sep 23 2026 20:09:00 | Avant/WebBank, 222 North Lasalle St, Suite 1600, Chicago, IL 60601-1112 |
| 5679057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2026 20:10:50 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5682819 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 23 2026 20:10:51 | Coastal Community Bank, C/O Prosper Funding LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 5679059 | + | Email/Text: bankruptcy@curo.com | Sep 23 2026 20:09:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5679060 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2026 20:21:41 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5679061 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 20:10:46 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5679062 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2026 20:21:37 | Dillards, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5679064 | | Email/Text: BNSFS@capitalsvcs.com | Sep 23 2026 20:08:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 5679063 | + | Email/Text: BNSFN@capitalsvcs.com | Sep 23 2026 20:08:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5679065 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2026 20:10:51 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5679066 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 23 2026 20:09:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5679067 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 23 2026 20:08:00 | Goldman Sachs Bank, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5687584 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5679068 | + | Email/Text: bankruptcy@curo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 23 2026 20:09:00 | Heights Finance, 670 Hwy 51 N, Ridgeland, MS 39157-2138 |
| 5679069 | + | Email/Text: bankruptcy@webbank.com | Sep 23 2026 20:08:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5694904 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2026 20:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5679071 | | Email/Text: customerservice.us@klarna.com | Sep 23 2026 20:08:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5679070 | + | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5681229 | + | Email/Text: melissa.martin@kfcu.org | Sep 23 2026 20:09:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5719906 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 20:21:36 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5701066 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2026 20:10:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5695789 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2026 20:10:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5679073 | | Email/Text: EBN@Mohela.com | Sep 23 2026 20:08:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5679072 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 23 2026 20:08:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5705220 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2026 20:21:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5687814 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2026 20:09:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5679075 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 23 2026 20:10:39 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5679074 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 23 2026 20:10:39 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 5682818 | + | Email/Text: bncmail@w-legal.com | Sep 23 2026 20:09:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5689561 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2026 20:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5703168 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2026 20:09:00 | Quantum3 Group LLC as agent for, Heights Finance Holding CO, PO Box 788, Kirkland, WA 98083-0788 |
| 5686935 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2026 20:09:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5679077 | | Email/Text: bankruptcy@sunbit.com | Sep 23 2026 20:08:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 5679080 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:50 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5679078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:50 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5679079 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2026 20:10:46 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5679082 | | Email/Text: bankruptcycourt@towerloan.com | Sep 23 2026 20:08:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |

| | | | | |
|---|---|---|---|---|
| 5679081 | + | Email/Text: nlorenz@bankofmissouri.com | Sep 23 2026 20:09:00 | Tbom, 906 N. Kingshighway, Perryville, MO 63775-1204 |
| 5679084 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 23 2026 20:10:39 | Wells Fargo, Attn: Bankruptcy, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 5679085 | + | Email/Text: bankruptcydept@wyn.com | Sep 23 2026 20:09:00 | Wyndham Vacation, Attn: Bankruptcy Dept, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5679076 | *+ | Prosper Funding, Llc, Attn: Bankruptcy, 221 Main St Ste 300, San Francisco, CA 94105-1909 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cynthia Rovere Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−01497−JAW
**Chapter:** 13

**In re:**

Cynthia Rovere Jones
fka Cynthia Jones Gilkey, fka Cynthia Gilkey
104 Sawmill Cv
Madison, MS 39110

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/23/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2026

Danny L. Miller, Clerk of Court