**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**CYNTHIA ROVERE JONES** **26 – 01497 – JAW**

## TRUSTEE'S RESPONSE TO MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Response to the Debtor's Motion to Suspend Plan Payments [DK #35]; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, the Trustee's Motion to Dismiss is pending.
2. That, Debtor is $9,523.00 delinquent in plan payments through October 2026.
3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Response be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Response, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: October 22, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Cynthia Rovere Jones
104 Sawmill CV
Madison, MS 39110

Dated: October ______22_____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.